MAGGIE KINNER, Appellant, *v.* CHARLES R. WHIPPLE et al., Respondents.

*Kinner* v. *Whipple*, 128 App. Div. 736, reversed.
(Argued April 4, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 30, 1908, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*A. D. Arnold* for appellant.

*T. D. Trumbull, Jr.,* and *F. D. Morehouse* for respondents.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of COCHRANE, J., below.

Concur: EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., GRAY and CHASE, JJ.

---

ANNIE SCHWARTZ, Appellant, *v.* JACOB H. REHFUSS, Respondent.

*Schwartz* v. *Rehfuss*, 129 App. Div. 630, affirmed.
(Argued April 4, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1909, in favor of defendant, upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the marketability of the title to certain real property.

*C. W. Wilson, Jr.,* for appellant.

*Ferd. W. Buermeyer* and *Hugo Hirsh* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Dissenting, on the authority of *Stokes* v. *Weston* (142 N. Y. 433) and *Matter of Tompkins* (154 N. Y. 634): EDWARD T. BARTLETT, J.